William D. Hyslop
United States Attorney
Eastern District of Washington
Richard C. Burson
Assistant United States Attorney
402 E. Yakima Ave., Ste. 210
Yakima, WA 98901-2760
Telephone: (509) 454-4425

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 16 2020

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | 1:20-CR-2022-SMJ |
|---|---|
| Plaintiff, | INDICTMENT |
| v. | Vio.: 18 U.S.C. §§ 113(a)(3), 1153 Assault with a Dangerous Weapon |
| BRUCE WARREN SAMPSON, JR., | |
| Defendant. | 18 U.S.C. §§ 113(a)(6), 1153 Assault Resulting in Serious Bodily Injury |

The Grand Jury charges:

COUNT 1

On or about October 27, 2019, in the Eastern District of Washington, within the external boundaries of the Yakama Nation, in Indian Country, the Defendant, BRUCE WARREN SAMPSON, JR., an Indian, did knowingly assault E.L.U. with a dangerous weapon, to wit: a shod foot, with intent to do bodily harm, all in violation of 18 U.S.C. §§ 113(a)(3), 1153.

INDICTMENT – 1

COUNT 2

On or about October 27, 2019, in the Eastern District of Washington, within the external boundaries of the Yakama Nation, in Indian Country, the Defendant, BRUCE WARREN SAMPSON, JR., an Indian, did knowingly assault E.L.U., resulting in serious bodily injury, all in violation of 18 U.S.C. §§ 113(a)(6), 1153.

DATED this 16 day of June, 2020.

_____
William D. Hyslop
United States Attorney

_____
Richard C. Burson
Assistant United States Attorney

INDICTMENT – 2