FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 28, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRUCE WARREN SAMPSON, JR.,<br><br>Defendant. | No.   1:20-cr-02022-SMJ-1<br><br>**ORDER GRANTING GOVERNMENT'S UNOPPOSED MOTION FOR PROTECTIVE ORDER** |

Before the Court, without oral argument, is the Government's Unopposed Motion for Protective Order, ECF No. 115. In an *ex parte* Order, this Court previously ordered the Government to disclose certain employment information of a fact witness under *Brady v. Maryland*, 373 U.S. 83 (1963), *United States v. Henthorn*, 931 F.2d 29, 30–31 (9th Cir. 1991), and their progeny. The Court grants the Government's request for a Protective Order limiting the disclosure of the information. *See* 5 U.S.C. § 552a(b).

Accordingly, **IT IS HEREBY ORDERED**:

1. The Government's Motion for Protective Order, **ECF No. 115**, is **GRANTED**.

2. Defense counsel may possess, but not copy, the *Henthorn* information.

ORDER GRANTING GOVERNMENT'S UNOPPOSED MOTION FOR PROTECTIVE ORDER – 1

3. Defense counsel may show to and discuss with Defendant the *Henthorn* information.

4. Defense counsel shall not provide original or copies of the *Henthorn* information to Defendant.

5. Defense counsel shall not otherwise provide original or copies of the *Henthorn* information to any other person, including subsequently appointed or retained defense counsel, but excluding any staff of defense counsel, or any investigator and/or expert engaged by defense counsel, who will also be bound by this Order.

6. The Government, defense counsel, and witnesses may reference the existence and content of the *Henthorn* information in open and closed court proceedings relevant to the Indictment in this case.

   A. Any reference to the content of any materials from the *Henthorn* information shall be filed under seal.

7. The parties may seek relief from this Order for good cause shown.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 28th day of April 2021.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER GRANTING GOVERNMENT'S UNOPPOSED MOTION FOR PROTECTIVE ORDER – 2