PROB 12C
(6/16)

Report Date: May 28, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 28, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Bruce Warren Sampson	Case Number: 0980 1:20CR02022-SAB-1

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: August 24, 2021

Original Offense:	Assault with a Dangerous Weapon, 18 U.S.C. §§ 113(a)(3) and 1153
Assault Resulting in Serious Bodily Injury, 18 U.S.C. §§ 113(a)(6) and 1153

Original Sentence:	Prison - 70 months	Type of Supervision: Supervised Release
TSR - 36 months

Amended Sentence:	Prison - 45 months (time served)
(12/08/2023)	TSR - 36 months

Asst. U.S. Attorney:	Michael Murphy	Date Supervision Commenced: December 8, 2023

Defense Attorney:	Craig Webster	Date Supervision Expires: December 7, 2026

## PETITIONING THE COURT

To issue a summons.

On December 11, 2023, the supervised release conditions were reviewed and signed by Mr. Sampson acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #3:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence:** Mr. Sampson is alleged to have violated his conditions of supervised release by consuming cocaine on or before May 10, 2024. |
| | On May 10, 2024, this officer inspected Mr. Sampson's home at Sherman Park in Yakima, Washington. Mr. Sampson submitted a urinalysis (UA), which tested presumptive positive for cocaine, amphetamines, and opiates. Mr. Sampson denied consuming illegal drugs and |

Prob12C
Re: Sampson, Bruce Warren
May 28, 2024
Page 2

could only think someone put something in his water bottle at work that led to the positive UA. The UA was sent to Alere Toxicology Services (Alere) for confirmation.

On May 23, 2024, this officer received the results from Alere showing the urine sample collected on May 10, 2024, was confirmed positive for the presence of cocaine, amphetamine, and methamphetamine.

2   **Special Condition #3:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence:** Mr. Sampson is alleged to have violated his conditions of supervised release by consuming amphetamine on or before May 10, 2024.

Please refer to narrative found in Violation #1.

3   **Special Condition #3:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence:** Mr. Sampson is alleged to have violated his conditions of supervised release by consuming methamphetamine on or before May 10, 2024.

Please refer to narrative found in Violation #1.

4   **Special Condition #3:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence:** Mr. Sampson is alleged to have violated his conditions of supervised release by consuming amphetamine on or before May 15, 2024.

On May 15, 2024, Mr. Sampson reported to the probation office and submitted a UA which tested presumptive positive for amphetamines and methamphetamine. During the office visit, this officer informed Mr. Sampson his UA was presumptive positive for amphetamine and methamphetamine. Mr. Sampson denied consuming illegal drugs and could only think someone put something in his water bottle at work that led to the positive UA. The UA was sent to the Alere for confirmation.

5   **Special Condition #3:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

Prob12C
Re: Sampson, Bruce Warren
May 28, 2024
Page 3

**Supporting Evidence:** Mr. Sampson is alleged to have violated his conditions of supervised release by consuming methamphetamine on or before May 15, 2024.

Please refer to narrative found in Violation #4.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 28, 2024

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

*Stanley A. Bastian*

Signature of Judicial Officer

5/28/2024

Date