PROB 12C
(6/16)

Report Date: June 4, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 04, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Bruce Warren Sampson         Case Number: 0980 1:20CR02022-SAB-1

Address of Offender: ▓▓▓▓▓

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: August 24, 2021

| | |
|---|---|
| Original Offense: | Assault with a Dangerous Weapon, 18 U.S.C. §§ 113(a)(3) and 1153<br>Assault Resulting in Serious Bodily Injury, 18 U.S.C. §§ 113(a)(6) and 1153 |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 70 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Amended Sentence:<br>(12/08/2023) | Prison - 45 months (time served)<br>TSR - 36 months | | |
| Asst. U.S. Attorney: | Michael Murphy | Date Supervision Commenced: | December 8, 2023 |
| Defense Attorney: | Federal Defender | Date Supervision Expires: | December 7, 2026 |

## PETITIONING THE COURT

To issue a warrant and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on May 28, 2024.

On December 11, 2023, the supervised release conditions were reviewed and signed by Mr. Sampson acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Standard Condition #2:** After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.<br><br>**Supporting Evidence:** Mr. Sampson is alleged to have violated his conditions of supervised release by failing to report to the probation officer as directed since May 30, 2024.<br><br>On May 24, 2024, this officer instructed Mr. Sampson to report to the probation office on Thursday, May 30, 2024, for a check-in and urinalysis (UA). Mr. Sampson confirmed that he would report as instructed. |

Prob12C
Re: Sampson, Bruce Warren
June 4, 2024
Page 2

           However, on May 30, 2024, Mr. Sampson failed to report to the probation office and failed to submit a UA. Since Mr. Sampson does not have a working cellular telephone, this officer tried to locate him twice on May 31, 2024, once in the morning and once in the evening at Sherman Park in Yakima, Washington, where he was last residing, but was unsuccessful. As of this report, Mr. Sampson has not attempted to contact the probation office, and his whereabouts is unknown.

7      **Special Condition #3:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances

        **Supporting Evidence:** Mr. Sampson is alleged to have violated his conditions of supervised release by failing to provide a UA since May 30, 2024.

        Please refer to narrative found in Violation #6.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court, and that the Court issue a warrant.

      I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   June 4, 2024

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

6/4/2024

Date