PROB 12C
(6/16)

Report Date: August 1, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 02, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Bruce Warren Sampson | Case Number: 0980 1:20CR02022-SAB-1 |
| Address of Offender: ▇▇▇ | |

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: August 24, 2021

| | | | |
|---|---|---|---|
| Original Offense: | Assault with a Dangerous Weapon, 18 U.S.C. §§ 113(a)(3) and 1153 <br> Assault Resulting in Serious Bodily Injury, 18 U.S.C. §§ 113(a)(6) and 1153 | | |
| Original Sentence: | Prison - 70 months <br> TSR - 36 months | Type of Supervision: | Supervised Release |
| Amended Sentence: (12/08/2023) | Prison - 45 months (time served) <br> TSR - 36 months | | |
| Asst. U.S. Attorney: | Michael Murphy | Date Supervision Commenced: | December 8, 2023 |
| Defense Attorney: | Federal Defender | Date Supervision Expires: | December 7, 2026 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on May 28, and June 4, 2024.

On December 11, 2023, the supervised release conditions were reviewed and signed by Mr. Sampson acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Mandatory Condition#1:** You must not commit another federal, state or local crime. <br><br> **Supporting Evidence:** Mr. Sampson is alleged to have violated his conditions of supervised release by being arrested and charged with third degree driving with license suspended, case number 4A03073740, on July 17, 2024. <br><br> On July 17, 2024, at about 9 a.m., a Yakima Police Department (YPD) officer was on patrol in the city/county of Yakima, Washington. The officer observed a vehicle with license plate CLA0729 driving southbound in the 1500 block of North 1st Street. <br><br> A driver's license check of the vehicle's owner, Bruce Warren Sampson Jr., showed his license was suspended in the third degree and he was required to have an ignition interlock |

Prob12C
Re: Sampson, Bruce Warren
August 1, 2024
Page 2

    device. The officer viewed Mr. Sampson's Department of Licensing and Spillman picture. The officer could clearly see Mr. Sampson was in the driver's seat of the vehicle. The officer also saw he had a federal probation violation arrest warrant.

    The officer stopped and contacted Mr. Sampson. He provided the officer with his Yakama Nation Tribal identification card. He acknowledged he had a warrant for his arrest. The officer did not see an interlock device installed in the vehicle, and he confirmed there was not one. The officer detained Mr. Sampson and dispatch confirmed his arrest warrant.

    The officer read him his Miranda rights. He admitted he knew his license was suspended and advised he did not have money for an ignition interlock device. The officer booked Mr. Sampson at the Yakima County Jail on his arrest warrant.

9.  **Mandatory Condition#1:** You must not commit another federal, state or local crime.

    **Supporting Evidence:** Mr. Sampson is alleged to have violated his conditions of supervised release being arrested and charged with operating vehicle without ignition interlock, case number 4A03073740, on July 17, 2024.

    Please refer to narrative found in Violation #8.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 1, 2024

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Stanley A. Bastian

Signature of Judicial Officer

8/2/2024
Date