PROB 12C
(6/16)

Report Date: December 5, 2024

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Dec 05, 2024
SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Bruce Warren Sampson — Case Number: 0980 1:20CR02022-SAB-1

Address of Offender: [redacted]

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: August 24, 2021

| | | |
|---|---|---|
| Original Offense: | Assault with a Dangerous Weapon, 18 U.S.C. §§ 113(a)(3) and 1153<br>Assault Resulting in Serious Bodily Injury, 18 U.S.C. §§ 113(a)(6) and 1153 | |
| Original Sentence: | Prison - 70 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Amended Sentence: (12/08/2023) | Prison - 45 months (time served)<br>TSR - 36 months | |
| Revocation Sentence: (8/07/2024) | Prison - 21 days (time served)<br>TSR - 35 months | |
| Asst. U.S. Attorney: | Michael Murphy | Date Supervision Commenced: August 7, 2024 |
| Defense Attorney: | Craig Webster | Date Supervision Expires: Tolling |

---

### PETITIONING THE COURT

To issue a warrant

On September 3, 2024, the supervised release conditions were reviewed and signed by Mr. Sampson acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #4:** You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.<br><br>**Supporting Evidence:** Mr. Sampson is alleged to have violated his conditions of supervised release by consuming alcohol on or before October 20, 2024. |

On October 21, 2024, Mr. Sampson reported to the probation office because he wanted to let this officer know that he relapsed by consuming alcohol the previous day (October 20, 2024). Mr. Sampson said he consumed a six-pack of Budweiser because he was stressed out about his living conditions.

2 **Special Condition #3:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence:** Mr. Sampson is alleged to have violated his conditions of supervised release by consuming methamphetamine, on or before November 7, 2024.

On November 7, 2024, Mr. Sampson reported to the probation office as directed. Mr. Sampson stated he just provided a positive urinalysis (UA) to Merit Resource Services (Merit) for methamphetamine. Mr. Sampson claimed he tested positive for methamphetamine because he purchased a vape pen from a friend, which he thought only contained nicotine.

3 **Mandatory Condition#1:** You must not commit another federal, state or local crime.

**Supporting Evidence:** Mr. Sampson is alleged to have violated his conditions of supervised release by being arrested and charged with third degree driving with license suspended, case number 4A0875388, on November 23, 2024.

On November 23, 2024, at about 8:09 a.m., a Yakima Police Department (YPD) officer was parked on the side of the road in the 100 block of Bartlett Place, facing eastbound, when they observed Washington license plate number CLA0729 pass them northbound on North 2nd Street. It is noted that earlier in the shift the officer observed the vehicle and ran the information through the local records system (Spillman) and Department of Licensing data base. The YPD officer discovered the registered owner, Bruce Sampson's, driving status was suspended/revoked in the third degree and he required an ignition interlock device. The officer also learned in Spillman that Mr. Sampson had been stopped in the same vehicle on July 17, 2024, for the same offense. The officer initiated a traffic stop, by activating the emergency lights, stopping the vehicle in the 100 block of East "N" Street.

The driver identified himself with his Yakama Nation Tribal Enrollment card as Bruce Sampson, date of birth July10, 1982. Mr. Sampson knew he was driving with his license suspended/revoked in the third degree and that he required an ignition interlock device. He said he had no ignition interlock device installed and the YPD officer did not observe any interlock device in the vehicle. Mr. Sampson said he had no insurance.

The officer cited Mr. Sampson for no insurance, gave Mr. Sampson a copy of the infraction and advised him of the 30-day period. The officer showed Mr. Sampson where his options to respond were located on the infraction. Mr. Sampson was advised he was forwarding his charges for third degree driving with license suspended/revoked and driving with no ignition interlock device to the prosecutor for review.

4 **Mandatory Condition#1:** You must not commit another federal, state or local crime.

**Supporting Evidence:** Mr. Sampson is alleged to have violated his conditions of supervised release being arrested and charged with operating vehicle without an ignition interlock device, case number 4A0875388, on November 23, 2024.

Please refer to narrative found in Violation #3.

5 **Special Condition #2:** You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence:** Mr. Sampson is alleged to have violated his conditions of supervised release by aborting inpatient treatment at James Oldham Treatment Center (JOTC) on December 1, 2024.

On November 25, 2024, Mr. Sampson entered inpatient treatment at JOTC, and left the facility without successfully completing the program on December 1, 2024.

On December 3, 2024, Mr. Sampson told this officer he left JOTC last Sunday (December 1, 2024) because he was upset that someone at the facility had stolen his clothes. This officer directed Mr. Sampson to report to the probation office on December 4, 2024, before 4 p.m. to submit a urinalysis (UA) and come up with a plan to get him back into inpatient treatment. Mr. Sampson said he was going to court that day at Yakama Nation courthouse to resolve a warrant from an assault case. This officer told Mr. Sampson he was directed to report to the probation office that same day before 4 p.m. unless he was taken into custody, which would be verified by a call to the jail. Mr. Sampson voiced his understanding.

On December 4, 2024, this officer contacted staff at the Yakama Nation Tribal Jail and verified that Mr. Sampson was not in custody. Mr. Sampson failed to report to the probation office as directed.

6 **Standard Condition #2:** After initially reporting to the probation office, you will receive instructions from the court or probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence:** Mr. Sampson is alleged to have violated his conditions of supervised release by failing to report to the probation office as directed on December 4, 2024.

Please refer to narrative found in Violation #5.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 5, 2024

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

12/5/2024

Date